UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:21-cv-00453

**Jacob Bennett**,
*Plaintiff,*

v.

**Maxey Cerliano et al.**,
*Defendants.*

# ORDER

On November 18, 2021, plaintiff Jacob Bennett, proceeding pro se and *in forma pauperis*, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. Doc. 1. The case was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b). Doc. 3.

On January 18, 2022, the magistrate judge instructed plaintiff to file an amended complaint within thirty days of receipt of the order. Doc. 6. Plaintiff failed to do so. On March 11, 2022, the magistrate judge entered a report recommending that plaintiff's case be dismissed without prejudice for want of prosecution and failure to obey a court order. Doc. 9. No objections have been filed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report and being satisfied that the report contains no clear error, the court accepts the findings and conclusions of the report. Doc. 9. Accordingly, the complaint is dismissed without prejudice for failure to prosecute and for failure to obey a court order.

*So ordered by the court on April 28, 2022.*

J. CAMPBELL BARKER
United States District Judge